UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present: Judges Petty, AtLee and Senior Judge Clements


DANA LOWE

v.      Record No. 1411-15-3

DAIKIN APPLIED AMERICAS AND
 TRAVELERS INDEMNITY COMPANY OF AMERICA

MEMORANDUM OPINION*
PER CURIAM
JANUARY 19, 2016


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Bradford M. Young; HammondTownsend, PLC, on briefs), for
appellant.

(Richard D. Lucas; Lucas & Kite, PLC, on brief), for appellees.


Dana Lowe appeals a decision of the Workers' Compensation Commission finding that

she received notification of the diagnosis of her occupational disease on January 22, 2014, not

December 18, 2013, and denying her request for benefits for certain periods. We have reviewed

the record and the Commission's opinion and find that this appeal is without merit. Accordingly,

we affirm for the reasons stated by the Commission in its final opinion. See Lowe v. Daikin

Applied Americas, VWC File No. VA00000917423 (Aug. 17, 2015). We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

in the materials before the Court and argument would not aid the decisional process. See Code

§ 17.1-403; Rule 5A:27.

Affirmed.

_____
        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.